IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTOPHER MICHAEL EMTER, Defendant. | Cause No. CR 20-43-BLG-SPW ORDER |

Upon the Defendant's Motion for Temporary Release Pursuant to 18 U.S.C. § 3142(i), (Doc. 37),

IT IS HEREBY ORDERED that Defendant's Motion is **DENIED** for the following reasons:

1. Defendant has a significant criminal history;

2. The allegations in this case are serious; and

3. Defendant's alleged failure to comply with the conditions of supervised release in CR-14-89-BLG-SPW.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of July, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1