**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER MICHAEL EMTER,<br><br>Defendant. | **Case No. CR 20-43-BLG-SPW**<br><br>**ORDER** |

Upon review of the Defendant's Unopposed Motion to House Defendant at the Yellowstone County Detention Facility for Review of Discovery (Doc. 47);

**IT IS HEREBY ORDERED** that the Defendant's Motion is **DENIED** for the reason that it is this Court's policy that counsel for Defendant contact the USMS directly in order to determine the feasibility of the housing request. Counsel may contact Patrick Schally at patrick.schally@usdoj.gov with her request.

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 20th day of September, 2021.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE